filing
FILED

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT
☐ SUPERSEDING

### OFFENSE CHARGED

Violation: 8 U.S.C. § 1324a (a)(1)
(A)[Employment of Illegal Alien];
8 U.S.C. § 1324a (a)(2)
[Continuing Employment of Illegal
Alien]

☐ Petty
☐ Minor
☑ Misde-meanor
☐ Felony

PENALTY:

Six months imprisonment, one year supervised release,
$3,000 fine for each unathorized alien, and $10 special
assessment.

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

DEC 1 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### DEFENDANT - U.S.

JOSE DE JESUS GUZMAN-BAEZ

DISTRICT COURT NUMBER

CR07-0797 WDB

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)

IMMIGRATION AND CUSTOMS ENFORCEMENT

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a
pending case involving this same
defendant

☑ prior proceedings or appearance(s)
before U.S. Magistrate regarding
this defendant were recorded under

SHOW
DOCKET NO.

MAGISTRATE
CASE NO.
4-07-70640WDB

Name and Office of Person
Furnishing Information on
THIS FORM

**SCOTT N. SCHOOLS**

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)  DEBORAH R. DOUGLAS, AUSA

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding.
If not detained give date any prior summons
was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
} ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer
been filed?
☑ Yes
☐ No
} If "Yes"
give date
filed  11/6/2007

DATE OF
ARREST
Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED
TO U.S. CUSTODY
Month/Day/Year
11/7/2007

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments:



1 | SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
2

*E-filing*

3

4

*FILED*

DEC 1 4 2007

5

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

6

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | OAKLAND DIVISION

11

12 | UNITED STATES OF AMERICA,                )    Criminal No.: CR 07-0797

13 |            Plaintiff,                )
                                    )    VIOLATIONS: 8 U.S.C. § 1324a(a)(1)(A)

14 |            v.                )    [Employment of Illegal Alien]; 8 U.S.C.
                                    )    § 1324a(a)(2)[Continuing Employment of

15 | JOSE DE JESUS GUZMAN-BAEZ                )    Illegal Alien]
[a/k/a Jose De Jesus Guzman, a/k/a Jose    )

16 | Guzman, a/k/a Pepe],                )    OAKLAND VENUE

17 |            Defendant.                )

18

19 | INFORMATION

20 | The United States Attorney charges:

21 | <u>COUNTS ONE THROUGH EIGHT</u>: (8 U.S.C. § 1324a(a)(1)(A) - Employment of Illegal Alien)

22 |       Beginning at a time unknown, but no later than on or about the dates specified below, and

23 | continuing until on or about November 6, 2007, in the Northern District of California, the defendant,

24 | JOSE DE JESUS GUZMAN-BAEZ,

25 | did knowingly hire each unauthorized alien identified below for employment in the United States,

26 | knowing that the alien was an unauthorized alien, as defined in 8 U.S.C. § 1324a(h)(3), with respect

27 | to such employment, in violation of Title 8, United States Code, Section 1324a(a)(1)(A):

28

INFORMATION

*WDB*

| Count | Date | Name of Alien |
|---|---|---|
| 1 | 1/06 | Leopoldo P.C. |
| 2 | 8/06 | Marcelino L. |
| 3 | 10/06 | Maria G-P. |
| 4 | 1/07 | Marvin T-G. |
| 5 | 5/07 | Jamie S-S. |
| 6 | 6/07 | Maria R. |
| 7 | 8/07 | Michel V-P. |
| 8 | 4/06 | Jesus V-I. |

COUNTS NINE THROUGH SIXTEEN: (8 U.S.C. § 1324a(a)(2) - Continuing Employment of Illegal Alien)

Beginning at a time unknown, but no later than in or about the dates specified below, in the Northern District of California, the defendant,

JOSE DE JESUS GUZMAN-BAEZ,

after knowingly hiring each unauthorized alien identified below for employment in the United States, did continue to employ the alien, knowing the alien was, or had become, an unauthorized alien, as defined in 8 U.S.C. § 1324a(h)(3), with respect to such employment, in violation of Title 8, United States Code, Section 1324a(a)(2):

| Count | Dates | Name of Alien |
|---|---|---|
| 9 | 1/06 to 11/6/07 | Leopoldo P.C. |
| 10 | 8/06 to 11/6/07 | Marcelino L. |
| 11 | 10/06 to 11/6/07 | Maria G-P. |
| 12 | 1/07 to 11/6/07 | Marvin T-G. |
| 13 | 5/07 to 11/6/07 | Jamie S-S. |
| 14 | 6/07 to 11/6/07 | Maria R. |

INFORMATION                    2

| | | |
|---|---|---|
| 15 | 8/07 to 11/6/07 | Michel V-P. |
| 16 | 4/06 to 11/6/07 | Jesus V-I. |

DATED: December 14, 2007

SCOTT N. SCHOOLS
United States Attorney

W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: _____ )
AUSA Deborah R. Douglas

INFORMATION                    3