**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

| | |
|---|---|
| *Ronald V. Dellums Federal Building* | *(510) 637-3680* |
| *1301 Clay Street, Suite 340S* | |
| *Oakland, California  94612* | *FAX:(510) 637-3724* |

December 14, 2007

Honorable Wayne D. Brazil
United States Magistrate Judge
1301 Clay Street
Oakland, CA 94612

Re:    United States v. Jose De Jesus Guzman-Baez
       CR07-0797 WDB

Dear Magistrate Judge Brazil:

        The United States respectfully request that the above-captioned matter be added to this Court's calendar for Tuesday, December 18, 2007 at 10 a.m. for arraignment on the information under CR07-0797 WDB, filed on December 14, 2007.  Defendant is currently scheduled to appear before this Court on that same date and time for arraignment on the indictment under CR07-0794 DLJ, filed on December 13, 2007.


                                        Very truly yours,

                                        SCOTT N. SCHOOLS
                                        United States Attorney


                                        _____/S/_____
                                        DEBORAH R. DOUGLAS
                                        Assistant United States Attorney


cc: Steven F. Gruel, Esq.