SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DEBORAH R. DOUGLAS (NYBN 2099372)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail: deborah.r.douglas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR07-0797 DLJ |
| Plaintiff, ) ) | ORDER FOR EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET SEQ. |
| v. ) | |
| JOSE De JESUS GUZMAN-BAEZ, ) ) | |
| Defendant. ) | |

1. On December 13, 2007, a federal grand jury returned an indictment charging defendant with eight counts of Harboring an Illegal Alien (8 U.S.C. § 1324[a][1][A][iii]), one count of Possession of Counterfeit Immigration Document (18 U.S.C. § 1546[a]), and two counts of Fraudulent Use of Social Security Number (42 U.S.C. § 408(a)(7)(B), under docket no. CR07-0794 DLJ.

2. On December 14, 2007, an Information charged defendant with eight counts of Employment of Illegal Aliens (8 U.S.C. § 1324a[a][1][A]), and eight counts of Continuing Employment of Illegal Aliens (8 U.S.C. § 1324a[a][2]), under docket no. CR07-0797 WDB.

3. On December 18, 2007, defendant was arraigned on the Indictment and the Information before the Honorable Wayne D. Brazil, United States Magistrate Judge. Upon notice

1  that the government intended to file a notice of related cases, both matters were continued to
2  December 21, 2007 before the Honorable D. Lowell Jensen, United States District Judge, with an
3  exclusion of time under the Speedy Trial Act.
4      4.    On the afternoon of December 20, 2007, the government filed a notice of related
5  cases.
6      5.    Because the Honorable D. Lowell Jensen had not had the opportunity to review the
7  notice of related cases, only the case involving the indictment under CR07-0794 DLJ was called
8  on December 21, 2007.  The defense counsel represented that he needed additional time to review
9  the discovery, seek further information, and for effective preparation.  That matter was continued
10 to January 25, 2008 at 9 a.m. with an exclusion of time on the ground that the ends of justice served
11 by the continuance outweigh the best interests of the public and the defendant in a speedy trial
12 because the failure to grant such a continuance would unreasonably deny the defendant adequate
13 time to prepare, taking into account the exercise of due diligence, under the Speedy Trial Act, 18
14 U.S.C. § 3161(h)(8)(A) and (B)(iv).
15     6.    On the afternoon of December 21, 2007, the undersigned Assistant United States
16 Attorney was informed by chambers that the district court judge had signed the order relating the
17 two cases and that the above-captioned matter should also be continued to January 25, 2008 at
18 9 a.m.
19     7.    At the detention hearing on Wednesday, December 26, 2007, in San Francisco, the
20 Honorable Nandor J. Vadas, United States Magistrate Judge, continued the above-captioned matter
21 to January 25, 2008 at 9 a.m. and excluded the time from December 26, 2007 through January 25,
22 2008 under the Speedy Trial Act on the same grounds set forth in the court proceeding before the
23 district court judge on December 21, 2007.  Magistrate Judge Vadas requested that the government
24 prepare the order for his signature.

## ORDER

Based on the reasons set forth above, the Court hereby finds that the ends of justice served by granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial, and that the failure to grant the continuance would deny defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Based on these findings, IT IS HEREBY ORDERED THAT this matter shall be continued to January 25, 2008 at 9 a.m. for status before the Honorable D. Lowell Jensen, United States District Judge, in the federal building in Oakland, California, and that the time from December 26, 2007 through January 25, 2008 shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: 12/26/07



HONORABLE
United States