**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
555 12TH STREET, SUITE 650
OAKLAND CALIFORNIA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

January 17, 2008

<u>VIA FACSIMILE (510) 637-3545</u>
Magistrate Judge Wayne D. Brazil
1301 Clay Street, Courtroom No. 4
Oakland, CA 94612
attn: Ivy Garcia

      <u>**United States v. Jose De Jesus Guzman-Baez, CR 07-00794 & CR 07-00797 DLJ (WDB)**</u>
      **RE: Request to calendar case for 1/18/08 for appointment of counsel**

Dear Judge Brazil:

      I am asking that this case be calendared on Friday, January 18, 2008, at 10:00 a.m. for appointment of counsel. Defendant formerly had retained counsel but his family has advised us that he is no longer able to afford private counsel. He has not filled out a financial affidavit but we believe he is likely to qualify for appointed counsel since I understand that the government has seized most or all of his assets. Mr. Guzman-Baez is in custody and we believe that he requires the services of an interpreter.

                                 Sincerely,

                                   BARRY J. PORTMAN
                                   Federal Public Defender
                                      /S/

                                 SHAWN HALBERT
                                 Assistant Federal Public Defender

cc:    Deborah Douglas, AUSA