1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT C**

Copies of Five Identification Cards in Defendant's Name
Seized from Pepe's Cabinets on November 6, 2007







ALIEN REGISTRATION RECEIPT CARD
SON IDENTIFIED BY THIS CARD IS ENTITLED TO RESIDE PERMANENTLY AND WORK IN THE U.S.

TEMP RES ADJ DATE - 092388

16 LOS 900213 582   767676561
1USA090871350<<05<<2651<<<<<
206097M000987<<<<<876W23R543
GUZMAN<<<BAEZ<<JOSE<<DE<<J<<<





El titular de este documento quedó registrado en esta oficina consular, por ser mexicano y tener su domicilio en esta circunscripción.
This is an ID issued by the
MEXICAN GOVERNMENT.
4031489
20/FEB/2002

Firma del Interesado     Firma del Funcionario

CLASIFICACION DE LICENCIAS

A  AUTORIZA MANEJAR VEHICULOS DE TRANSPORTE PARTICULAR O MERCANTE DE PASAJEROS QUE NO EXCEDA DE DIEZ ASIENTOS O DE CARGA QUE NO EXCEDA DE TRES Y MEDIA TONELADAS
B  AUTORIZA ADEMAS DE LOS VEHICULOS ESPECIFICADOS EN LA LICENCIA TIPO A LOS DEDICADOS A LA PRESTACION DE SERVICIO PUBLICO DE TRANSPORTE DE PASAJEROS Y DE CARGA
C  AUTORIZA ADEMAS DE LOS VEHICULOS ESPECIFICADOS EN LA LICENCIA TIPO A Y B TODAS AQUELLAS UNIDADES QUE TIENEN MAS DE DOS EJES ASI COMO TRACTORES DE SEMIREMOLQUE, CAMIONES CON REMOLQUE, EQUIPOS ESPECIALES
D  AUTORIZA A CONDUCIR MOTOCICLETAS, MOTONETAS Y OTROS VEHICULOS SIMILARES, NO LE PERMITE NINGUN VEHICULO DE LOS CONSIDERADOS EN LOS TIPOS ANTERIORES

RESTRICCIONES
01 ANTEOJOS    02 PROTESIS    03 HIPERTENSION
04 DIABETES    05 NINGUNA

196