# EXHIBIT D

Computerized Records from California Department of Motor Vehicles

cense #: B6731455          Trans: DF1   Date: 11-19-2007 10:46      Page: 1

DF199933DAYJAB6731455

STATE OF CALIFORNIA DEPARTMENT OF MOTOR VEHICLES DRIVER RECORD

DATE: 11-19-07 TIME: 10:46

PRODUCED FOR DMV USE ONLY                              REQUESTER CODE 99933

TRANSACTION: DF1    INFO CODE: JA    OPERATOR: DAY

DRIVER RECORD REQUESTED: B6731455

THIS CONTAINS SEGMENTS 1,2,3,4,5,6,7,8,9,10,11,12 OF THIS RECORD

---

SEGMENT 1 - DRIVER LICENSE/IDENTIFICATION CARD INFORMATION

---

DRIVER LICENSE # B6731455         IDENTIFICATION CARD # B6731455

NAME: BAEZ,JOSE GUZMAN                    BIRTHDATE: 06-09-1972

DF199933DAYJAB6731455

** ALL ADDRESSES ON THIS RECORD ARE CONFIDENTIAL **

MAILING ADDRESS   AS OF 06-04-07: 3933 MIDVALE ST
                                  OAKLAND       , CA 94602
                                  COUNTY: 01 ALAMEDA

OTHER ADDRESS     AS OF 05-28-04: 2007 HIGH ST A
                                  OAKLAND, CA

PHYSICAL DESCRIPTION
  SEX:MALE    HAIR:BLACK    EYES:BROWN    HEIGHT:5-08   WEIGHT:195

---

SEGMENT 2 - STATUS OF DRIVING PRIVILEGE AND IDENTIFICATION CARD

---

LICENSE/DRIVING PRIVILEGE STATUS: DRIVER LICENSE EXPIRED 06-09-04

RESTRICTIONS: NONE

DF199933DAYJAB6731455

DRIVER LICENSE ISSUED: 07-07-99 MAILED: 07-23-99 EXPIRED: 06-09-04
       REMAILED: NO DATE   CLASS: C NON-COMMERCIAL

ORGAN AND TISSUE DONOR: NONE   UPDATED: NONE

BIRTHDATE/LEGAL PRESENCE VERIFICATION CODE: A
  U.S. BIRTH CERTIFICATE
EXPIRES: NO DATE           UPDATED: 10-06-95

ENDORSEMENTS: NONE

1

11/15/2007 16:16 FAX            DHS ICE OAK          DMV INV SANTA ROSA        ☒004/017
PAGE  03

IDENTIFICATION CARD APPLIED: 01-10-96  EXPIRED: 06-09-01
                    MAILED: 01-25-96  REMAILED:

RENEWAL-BY-MAIL INFORMATION:

IDENTIFICATION CARD APPLIED: 01-10-96  EXPIRED: 06-09-01
                    MAILED: 01-25-96  REMAILED:

RENEWAL-BY-MAIL INFORMATION:

FIRST RENEWAL-BY-MAIL ISSUED.

LICENSE LOCATION: 7-LICENSE DESTROYED
        REASON: 5-SURRENDERED BY SUBJECT

DF199933DAYJAB6731485

================================================================
SEGMENT 3 - RELICENSING REQUIREMENTS
================================================================

NOTICE TO WITHHOLD ISSUANCE OF DRIVERS LICENSE ON RECORD:

   L - PAY TO DMV A REISSUE FEE OF $55

NOTICE OF WITHDRAWAL OF DRIVING PRIVILEGE ON RECORD:NONE

REINSTATEMENT REQUIREMENTS:NONE

================================================================
SEGMENT 4  - DRIVER LICENSE ACTIONS
================================================================

PROOF OF FINANCIAL RESPONSIBILITY INFORMATION:

PROOF ADDED TO THE RECORD 04-14-03 BY 98746 - DMV HEADQUARTERS
    RECEIVED 04-07-03
DF199933DAYJAB6731455

    TYPE: S BROAD COVERAGE SR-22 CERTIFICATE
    FROM:0937-FARMERS INSURANCE EXCHANGE
    POLICY NUMBER: 96160650497      POLICY EFFECTIVE: 03-03-03
    CANCELLATION NOTICE RECEIVED 04-07-03 CANCELLED EFFECTIVE 03-30-03

HISTORY OF DRIVER LICENSE ACTIONS:

SUSPENDED EFFECTIVE 06-13-99
    AUTHORITY: 13365 CVC
    REASON:938-FAILED TO APPEAR
    MAIL DATE: 05-14-99
        COUNTY OF RESIDENCE AT TIME OF ACTION: 43-SANTA CLARA
    SERVICE OF ORDER: M-VERBAL NOTICE DOCUMENT ON FILE
                SERVED DATE: 07-02-99
    ACTION ENDED EFFECTIVE 07-07-99 AUTHORITY:13365   CVC
    DATE ACTION ADDED OR CHANGED:07-07-99 ORDER CODE:9-SYSTEM GENERATED
    FEE GROUP CODE: 001

SUSPENDED EFFECTIVE 10-27-02
    AUTHORITY: 13365 CVC
DF199933DAYJAB6731455

    REASON:938-FAILED TO APPEAR
    MAIL DATE: 09-27-02
       COUNTY OF RESIDENCE AT TIME OF ACTION: 01-ALAMEDA
    SERVICE OF ORDER: I-RETURNED UNCLAIMED
                ON DATE: 10-09-02
    ACTION ENDED EFFECTIVE 04-18-03 AUTHORITY:13365   CVC

3

DMV INV SANTA ROSA

PAGE 05

DATE ACTION ADDED OR CHANGED: 04-18-03 ORDER CODE: 9-SYSTEM GENERATED
FEE GROUP CODE: 002

SUSPENDED EFFECTIVE 04-28-04

4

```
.cense #: B6731455              Trans: DF1   Date: 11-19-2007 10:46   Page: 5
```

AUTHORITY: 13365 CVC
REASON: 938-FAILED TO APPEAR
MAIL DATE: 03-29-04
    COUNTY OF RESIDENCE AT TIME OF ACTION: 01-ALAMEDA
SERVICE OF ORDER: M-VERBAL NOTICE DOCUMENT ON FILE
        SERVED DATE: 05-28-04
ACTION ENDED EFFECTIVE 08-23-07 AUTHORITY: 13365   CVC
DATE ACTION ADDED OR CHANGED: 08-23-07 ORDER CODE: 9-SYSTEM GENERATED
FEE GROUP CODE: 002

DF199933DAYJAB6731455

FEE REQUIRED INFORMATION:
 FEE CODE: 743-REISSUE FEE
 FEE REQ SEQ# 01 DUE: 06-13-99 AMOUNT: $055 REASON CODE: 938
 ORIG DUE DT: 06-13-99 PAID: 07-07-99 USED: 07-07-99 FEE GROUP CD: 001
 1ST PAYMENT INFO: RECORD # 01 AMOUNT: $055 DATE: 07-07-99

FEE PAYMENT INFORMATION:
 FEE CODE: 743-REISSUE FEE
 FEE REQ SEQ#: 01 PAYMENT REC #: 01
 PAYMENT AMOUNT: $0055 DATE: 07-07-99
 OFF# 604 CA# 03 SEQ# 5030 PROC DT: 07-07-99 METHOD: UK

FEE REQUIRED INFORMATION:
 FEE CODE: 743-REISSUE FEE
 FEE REQ SEQ# 02 DUE: 10-27-02 AMOUNT: $055 REASON CODE: 938
 ORIG DUE DT: 10-27-02 FEE GROUP CD: 002

===========================================================================
SEGMENT 5 - CONVICTIONS
===========================================================================
DF199933DAYJAB6731455
CONVICTIONS REPORTED TO DMV:

| VIOLATION DATE | CONVICTION DATE | SECTION VIOLATED | DOCKET NUMBER | VEHICLE LICENSE | POINT COUNT |
|---|---|---|---|---|---|
| 02-04-99 | 07-07-99 | 16028A VC<br>4000A  VC<br>40508A VC | 2826529 | 3MLU256 | 0 |
|  |  |  | COURT: 01440<br>DISPOSITION: C 2<br>    * FTA CLEARED |  |  |
|  | ADDED TO THE RECORD ON 07-07-99 |  |  |  |  |
| 01-24-00 | 05-16-00 | 16028A VC<br>27315D VC | 3537064 | 3XYH252 | 0 |
|  |  |  | COURT: 01440<br>DISPOSITION: C |  |  |
|  | ADDED TO THE RECORD ON 05-16-00 |  |  |  |  |

DF199933DAYJAB6731455

| | | | | | |
|---|---|---|---|---|---|
| 05-25-02 | 04-18-03 | 27315D VC<br>40508A VC | 5227936 | 2FAB071 | 0 |
|  |  |  | COURT: 01440 |  |  |

5

DMV INV SANTA ROSA

PAGE 07

DISPOSITION: B
* FTA CLEARED

ADDED TO THE RECORD ON 04-18-03

Case 4:07-cr-00797-DLJ    Document 12-5    Filed 01/22/2008    Page 7 of 16

DISPOSITION: B
* FTA CLEARED

ADDED TO THE RECORD ON 04-18-03

```
11/19/2007 15:15 FAX                      DMV INV SANTA ROSA                   ☒ 008/011
                                                                               PAGE  08
                         Trans: DF1   Date: 11-19-2007  10:46   Page.

:ense #: B6731455                                               SC91101    0
                                       12951A VC   6189826
10-06-03   08-23-07                    24600B VC
                                       40508A VC
                                                   COURT: 01440
                                                   DISPOSITION: C Z
                                                              * FTA CLEARED

              ADDED TO THE RECORD ON 08-23-07
                                                                3XYH252    1
05-28-04   08-23-07                    16028A VC   1619179
                                       27315D VC
                                       27360A VC
                                       40508A VC
                                                   COURT: 01430
DF199933DAYJAB6731455
                                                   DISPOSITION: C Z
                                                              * FTA CLEARED
              ADDED TO THE RECORD ON 08-23-07
                                                                3CKR160    1
06-04-06   08-25-06     273605 VC    118365
                                     COURT: 16610
                                     DISPOSITION: B
              ADDED TO THE RECORD ON 08-25-06

  COURTS

    01430  FREMONT MUNICIPAL
    01440  OAKLAND MUNICIPAL
    16610  AVENAL SUPERIOR COURT

  DISPOSITIONS

    B  BAIL FORFEITURE
    C  FINE
    Z  OTHER
DF199933DAYJAB6731455
  SECTIONS VIOLATED

    VEHICLE CODE

    12951A  DRIVER LICENSE NOT IN POSSESSION
    16028A  FAILURE TO PROVIDE EVIDENCE OF FINANCIAL RESPONSIBILITY
    24600B  IMPROPER TAIL LAMPS
    27315D  SAFETY BELTS REQUIRED
    27360A  FAILURE TO UTILIZE CHILD PASSENGER RESTRAINT SYSTEM
    273605  FAILURE TO UTILIZE CHILD SAFEY BELT AND PASSENGER RESTRAINT
    4000A   NO EVIDENCE OF CURRENT REGISTRATION
    40508A  FAILURE TO APPEAR AFTER SIGNING CITATION OR COURT CONTINUANCE
===================================================================================
SEGMENT 6 - FAILURE TO APPEAR/FAILURE TO PAY (FTA/FTP)
===================================================================================

FTA'S/FTP'S REPORTED TO DMV: NONE

DF199933DAYJAB6731455
```

7

SEGMENT 7 - ACCIDENTS

cense #: B6731455                    Trans: DF1    Date: 11-19-2007 10:46    Page: 9

ACCIDENTS REPORTED TO DMV:

ACCIDENT DATE: 12-29-03         LOCATION: OAKLAND
CHP REPORT #   93700417661       TIME: 16 - BETWEEN 4:00 PM AND 4:59 PM
                                 SOBRIETY: 5 - HAD NOT BEEN DRINKING
FATALITIES:       0              INJURIES: 0
VEHICLE LICENSE #       3EOU725
TYPE OF ACCIDENT:       S - MULTIPLE MOTOR VEHICLES
PHYSICAL CONDITION:     B - NOT REPORTED
ACCIDENT RESPONSIBILITY: 5 - DRIVER NOT AT FAULT, OTHER DRIVER AT FAULT
ADDED TO THE RECORD ON: 05-24-04

---

SEGMENT 6 - APPLICATION/ISSUANCE INFORMATION

---

DF199933DAYJAB6731455

DRIVER LICENSE
    CLASS: C NON-COMMERCIAL                    TEST RESULTS
    APPLICATION FILED: 07-07-99                    DRIVE: 4-WAIVED
    OFFICE: 604-OAKLAND COLISEUM                   VISION: P-PASSED
    EXPIRED: 06-09-04                              LAW: NOT RETAINED
    ISSUED: 07-07-99
    MAILED: 07-23-99
    TERM OF LICENSE: 5 YEARS
PREVIOUS CALIF. LICENSE
    CLASS: C NON-COMMERCIAL
    EXPIRED: 06-09-99
IDENTIFICATION CARD
    APPLIED: 01-10-96
    OFFICE: 504-OAKLAND
    EXPIRED: 06-09-01
    MAILED: 01-25-96
APPLICATIONS
    TYPE: M-RBM WITH NEW PHOTO                     DATE: 07-07-99
        OFFICE: 604-OAKLAND COLISEUM
        PHOTO DATE: 07-07-99 OFC: 604-OAKLAND COLISEUM
DF199933DAYJAB6731455

    TYPE: I-ID CARDS                               DATE: 01-10-96
        OFFICE: 504-OAKLAND

PHOTO INFO: D- DL AND ID PHOTO ON VENDOR FILE
MICROGRAPHIC # POL

RENEWAL-BY-MAIL INFORMATION:
        FIRST RENEWAL-BY-MAIL ISSUED.

---

SEGMENT 9 - COMMERCIAL DRIVERS INFORMATION

---

COMMERCIAL DRIVER LICENSE INFORMATION SYSTEM (CDLIS) DATA: NONE

OUT-OF-STATE CONVICTIONS ELECTRONICALLY REPORTED TO DMV: NONE

11/19/2007 13:15 FAX    DHS ICE OAK    DMV INV SANTA ROSA    ☒012/017
PAGE 11

10 - ADMINISTRATIVE MESSAGES

F199933DAYJAB6731455

License #: B6731455          Trans: DF1   Date: 11-29-2007 10:46   Page: 11

PULL NOTICE: NONE

REVIEW OR PROCESS DATE: NONE

COMMENTS:
 NO: MM  PURGE: 10-15  50410069511627 90TH AVE
                              OAKLAND     CA94601120050410O595A85042
 NO: MM  PURGE: 01-16  5040110963I4338 CHRISLAN AVE
                              SAN JOSE    CA951271095504011096C35021
 NO: MM  PURGE: 01-16  5040110961I4338 CHRISLAN AVE
                              SAN JOSE    CA951271096504011096C35022
 NO: MM  PURGE: 02-17  66802069732490 POPLAR DR
                              SAN JOSE    CA951221102668020697095012
 NO: MM  PURGE: 09-18  66809269832490 POPLAR DR
                              SAN JOSE    CA951221166668092698325063

ARREST REPORT SUBRECORD: NONE

FILE CONDITION CODES: L-REISSUE FEE DUE
DF199933DAYJAB6731455
RESTRICTIONS: NONE

ATTACHMENTS: NONE

ORGAN AND TISSUE DONOR: NONE   UPDATED: NONE

VOTER REGISTRATION CODE: $           UPDATED: 06-19-07
   REQUESTED VOTER REGISTRATION CHANGE OF ADDRESS WITHIN THE SAME COUNTY

ADDITIONAL INFORMATION: NONE

CARD HISTORY SUBRECORD:

APPLICATION INFORMATION
 APP OFFICE: 604 APP DATE: 07-07-99 CASHIER ID: 03 SEQ #: 5031

WITHHOLDING UNIT: NONE
WITHHOLDING REASON: NONE

DF199933DAYJAB6731455

APP STATUS: A - ACTIVE

ISSUANCE INFORMATION
 TYPE ISSUANCE: REM WITH NEW PHOTO     DATE: 07-07-1999 OFFICE: 604
 EXPIRES: 06-09-2004

BANNERS: NONE

PROVISIONAL ORIGINAL ISSUE DATE: NONE

CARD TYPE: D - REGULAR DRIVER LICENSE
PHOTO INDICATOR: NONE
REMAKE INDICATOR: NONE
ORGAN AND TISSUE DONOR: NONE

PHOTO INFORMATION

11

PHOTO DATE: 07-07-99   OFFICE: 604 PHOTO TIME/SEQ #: 6878

CARD ADDRESS: 7914 RUDSDALE AVE APT A

DMV INV SANTA ROSA
PAGE 14

cense #: B6731455          Trans: DF1   Date: 11-19-2007 10:46   Page: 13

DF199933DAYJAB6731455

OAKLAND     CA 94621

TEMPORARY MAIL ADDRESS INDICATOR: NONE

PHYSICAL DESCRIPTION:
 SEX: MALE     HAIR: BLACK  EYES: BROWN  HEIGHT: 5-08  WEIGHT: 195

BIRTHDATE: 06-09-1972 CLASS: C - NON-COMMERCIAL
                             FEE DUE YR: 04   LRE: NONE

RESTRICTIONS: NONE

ENDORSEMENTS: NONE

IMAGE CAPTURE DL #: NONE

PROCESS CARD REQUEST: NONE

RENEWAL-BY-MAIL SUBRECORD:
    CREATION DATE: 03-23-99
DF199933DAYJAB6731455

    RBM 1: 07-07-99 C TESTS WAIVED-PHOTO LICENSE ISSUED
                    THROUGH AN AUTOMATED OFFICE
    RBM 2: NONE
    RBM 3: NONE

SEGMENT 11 - MICROGRAPHIC INFORMATION

PHOTOS

   OFFICE   DATE    PHOTO# CARTRIDGE# FILE#

     OKC   07-07-99  994       POL PHOTO ON FILE

     STT   09-26-98  995       MAG STRIPE ON FILE

     STT   02-06-97  995       MAG STRIPE ON FILE

     OAK   01-10-96  995       MAG STRIPE ON FILE
DF199933DAYJAB6731455
     OAK   10-06-95  995       MAG STRIPE ON FILE

DOCUMENTS

   CODE    DATE    CART# FRAME# TITLE

   MAN   05-14-99  22558  1760  UNABLE TO INTERPRET

   044   07-07-99  22827  2027  MINOR APPLICATION INFORMATION SHEET

   311   07-02-99  22781  5384  MULTIPLE SERVICES (PHASE III)

13

```
MAN  09-27-02 27215  1870  UNABLE TO INTERPRET
310  05-28-04 30058  6545  VERBAL NOTICE
```

cense #: B6731455                    Trans: DF1    Date: 11-19-2007 10:46    Page: 15

```
SEGMENT 12 - OUT OF STATE DRIVER RECORD INFORMATION
```
0F199933DAYJAB6731455
O/S DRIVER RECORD INFORMATION AVAILABLE: NONE

***** END OF RECORD *****