**EXHIBIT G**

Notice of Hearing in Removal Proceedings
re: Maria Ramirez

```
               NOTICE OF HEARING IN REMOVAL PROCEEDINGS
                            IMMIGRATION COURT
                       120 MONTGOMERY ST., SUITE 800
                          SAN FRANCISCO, CA   94104
RE:  RAMIREZ MURILLO, MARIA DE JESUS
FILE: A94-812-538
                                           DATE:  Dec 21, 2007
TO:
              RAMIREZ MURILLO, MARIA DE JESUS
              2272 86th Street
              Oakland, CA  94605
```

Please take notice that the above captioned case has been scheduled for a MASTER hearing before the Immigration Court on Mar 6, 2008 at 1:30 P.M. at:

```
              120 MONTGOMERY ST., SUITE 800
              SAN FRANCISCO, CA   94104
```

You may be represented in these proceedings, at no expense to the Government, by an attorney or other individual who is authorized and qualified to represent persons before an Immigration Court. Your hearing date has not been scheduled earlier than 10 days from the date of service of the Notice to Appear in order to permit you the opportunity to obtain an attorney or representative. If you wish to be represented, your attorney or representative must appear with you at the hearing prepared to proceed. You can request an earlier hearing in writing.

Failure to appear at your hearing except for exceptional circumstances may result in one or more of the following actions: (1) You may be taken into custody by the Department of Homeland Security and held for further action. OR (2) Your hearing may be held in your absence under section 240(b)(5) of the Immigration and Nationality Act. An order of removal will be entered against you if the Department of Homeland Security established by clear, unequivocal and convincing evidence that a) you or your attorney has been provided this notice and b) you are removable.

IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT CORRECT, WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION COURT SAN FRANCISCO, CA THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS. EVERYTIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE ON THE ATTACHED FORM EOIR-33. ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM THE COURT WHERE YOU ARE SCHEDULED TO APPEAR. IN THE EVENT YOU ARE UNABLE TO OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE OF ADDRESS." CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.

A list of free legal service providers has been given to you. For information regarding the status of your case, call toll free 1-800-898-7180 or 703-305-1662.

```
                       CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:   MAIL (M)      PERSONAL SERVICE (P)
TO: [ ] ALIEN   [ ] ALIEN c/o Custodial Officer   [X] ALIEN's ATT/REP   [X] DHS
DATE: 12/21/07  BY: COURT STAFF _____           V3
     Attachments: [ ] EOIR-33   [ ] EOIR-28   [ ] Legal Services List   [ ] Other
```

R0684