1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT I

Order Setting Conditions of Release and Appearance Bond

| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | ORDER SETTING CONDITIONS OF RELEASE AND APPEARANCE BOND | DATE 1/2/08 | CASE NUMBER CR07-0794 DLJ CR07-0797 DLJ |
|---|---|---|---|

| NAME OF DEFENDANT Jose DeJesus Guzman-Baez | ADDRESS OF DEFENDANT 2272 86th Ave Oakland, CA | TELEPHONE NUMBER (510) 430 9046 |
|---|---|---|
| NAME OF SURETY Carlos Fuentes / Maria Ramirez | RELATIONSHIP TO DEFENDANT Friend / Wife | ADDRESS OF SURETY 2108 99 Ave Oakland CA | TELEPHONE NUMBER (415) 569 8305 |
| NAME OF CUSTODIAN Maria Ramirez | RELATIONSHIP TO DEFENDANT Wife | ADDRESS OF CUSTODIAN 3933 Milbe Avenue Oakland, CA | TELEPHONE NUMBER |

| AMOUNT OF BOND $50,000 | ☐ UNSECURED | ☒ SECURED BY $25,000 | ☐ DEPOSIT RECEIVED RECEIVED FROM: | OTHER SECURITY POSTED Real Property TO BE POSTED BY: Fuentes | TIME/DATE OF NEXT APPEARANCE 1/25/08 0900 | COURTROOM/JUDGE DLJ Oakland |
|---|---|---|---|---|---|---|

## CONDITIONS OF RELEASE AND APPEARANCE

Defendant is subject to each condition checked:

☒ Defendant shall appear at all proceedings as ordered by the Court and shall surrender for service of any sentence imposed.
☒ Defendant shall not commit any federal, state, or local crime.
☒ Defendant shall not harass, threaten, intimidate, injure, tamper with, or retaliate against any witness, victim, informant, juror, or officer of the Court, or obstruct any criminal investigation. See 18 U.S.C. 1503, 1510, 1512, and 1513, on reverse side.
☒ Defendant shall not travel outside the Northern District of California, that is, these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma. See map on reverse side.
☒ Defendant shall report in person immediately upon release and thereafter as directed to Pretrial Services in ~~SF/FWmm~~ Oakland. See addresses and telephone numbers on reverse side.
☒ Defendant shall surrender all passports and visas to the Court by COB 1/2/08 and shall not apply for any passports or other travel documents.
☒ Defendant shall not possess any firearm, destructive device, or other dangerous weapon.
☒ Defendant shall remain in the custody of custodian Maria Ramirez at 2272 86th Ave Oakland CA who agrees to supervise him/her and to report any violation of a release condition to Pretrial Services. A custodian who fails to do so may be prosecuted for contempt.
☐ Defendant shall participate in (drug) (alcohol) (mental health) counseling, and submit to (drug) (alcohol) testing, as directed by Pretrial Services.
☒ Defendant shall not use alcohol to excess and shall not use or possess any narcotic or other controlled substance without a legal prescription.
☐ Defendant shall maintain current employment, or if unemployed shall seek and maintain verifiable employment.
☐ Defendant shall submit to a warrantless search of his/her person, place of residence and vehicle at the direction of Pretrial Services.
☒ Defendant shall have no contact with any co-defendant out of the presence of counsel.
☒ Defendant shall not change residence without prior approval of Pretrial Services.
☐ Defendant shall comply with the following curfew: _____ to _____.
☒ Defendant shall be subject to electronic or voice track monitoring. Defendant may leave home for the purpose of Court both Dist Ct &Tn
☐ Defendant must ☐ reside in Halfway House _____      ☐ participate in Residential Treatment _____
☐ The following conditions also apply:

① Surety Carlos Fuentes shall post 2 deed of trust in the amount of $25,000
② Defendant shall inform PTS ~~assistant~~ regarding his immigration status as soon as he is able to do so but no later than 1/24/08

Defendant shall contribute to the cost of services provided by Pretrial Services as directed by Pretrial Services.

## CONSEQUENCES OF DEFENDANT'S FAILURE TO OBEY CONDITIONS OF RELEASE

Payment of the full amount of this bond shall be due forthwith, and all cash or property posted to secure it shall be forfeited. Judgment may be entered and executed against defendant and all sureties jointly and severally.

An arrest warrant for defendant shall issue immediately, and defendant may be detained without bail for the rest of the proceedings.

Defendant shall be subject to consecutive sentences and fines for failure to appear and/or for committing an offense while on release. See 18 U.S.C. 3146 and 3147, on reverse side.

We, the undersigned, have read and understand the terms of this bond and acknowledge that we are bound by it until duly exonerated.

| SIGNATURE OF DEFENDANT X Jose de Jesus Guz Baj | SIGNATURE OF SURETY(ies) X Carlos Fuentes / Ma. de Jesus Ramirez |
|---|---|
| SIGNATURE OF CUSTODIAN X Ma. de Jesus Ramirez | SIGNATURE OF MAGISTRATE JUDGE / DATE 1/2/08 |

THIS ORDER AUTHORIZES THE MARSHAL TO RELEASE DEFENDANT FROM CUSTODY. ▶