1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, California 94607-3627
4  Telephone (510) 637-3500
   Shawn_Halbert@fd.org
5
   Counsel for Defendant GUZMAN-BAEZ
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )   Nos. CR 07-0794 DLJ; CR 07-0797 DLJ
                                      )
12          Plaintiff,                )   NOTICE OF SUBSTITUTION OF DEFENSE
                                      )   COUNSEL
13 vs.                                )
                                      )
14 JOSE DE JESUS GUZMAN-BAEZ,         )
                                      )
15          Defendant.                )
                                      )
16 _____  )

17

18         Pursuant to Criminal Local Rule 44-2(a), undersigned counsel, Assistant Federal Public

19 Defender Shawn Halbert, enters her general appearance for defendant in this case.

20 Dated: January 23, 2008

21                                        Respectfully submitted,

22                                        BARRY J. PORTMAN
                                          Federal Public Defender
23
                                                   /S/
24
                                          SHAWN HALBERT
25                                        Assistant Federal Public Defender

26

Notice of Substitution of Attorney              - 1 -
Nos. CR 07-0794 DLJ; CR 07-0797 DLJ