**United States District Court**
For the Northern District of California

```
 1  UNITED STATES OF AMERICA,        )
                                     )
 2                  Plaintiff,       )
                                     )
 3          v.                       )
                                     )    No. CR 07-0794-DLJ
 4  JOSE DE JESUS GUZMAN-BAEZ,       )    No. CR 07-0797-DLJ
                                     )
 5                  Defendant.       )    ORDER
                                     )
 6  _____)
 7
```

8    Following detention hearings on December 26, 2007, and January

9  2, 2008, Magistrate Judge Vadas ordered that Defendant Jose De

10  Jesus Guzman-Baez (Guzman-Baez) be released on $50,000 bond, over

11  the government's objection.  Judge Vadas then stayed the release

12  order, pending appeal to this Court.

13

14    Now before the Court is the government's motion pursuant to 18

15  U.S.C. § 3145(a)(1) for review and appeal of the release order.

16  Following a hearing on January 24, 2008, it has become apparent

17  that further factual information is required before the Court can

18  make a finding that any condition or combination of conditions can

19  reasonably assure Guzman-Baez's appearance as required.  See 18

20  U.S.C. § 3142(c).  The release order is therefore further STAYED

21  until the Court rules on Guzman-Baez's risk of flight.

22

23

24    IT IS SO ORDERED.

25  Dated:    January 24, 2008

26                                  D. Lowell Jensen

27                                  United States District Judge

28