UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  2/8/08

**Clerk:** Frances Stone
**Court Reporter:** Diane Skillman

**Plaintiff:**  United States

v.                                                          **No.** CR-07-00797-DLJ
                                                            (Related to CR-07-00794-DLJ)

**Defendant:**  Jose de Jesus Guzman-Baez [present; in custody; spanish interpreter]

**Appearances for AUSA:** Deborah Douglas

**Appearances for Defendant:**  Shawn Halbert

**Interpreter:** Monique Dascha Inciarte

**Probation Officer:**

**Reason for Hearing:**           **Ruling:**
STAT/TRIAL SETTING                 -HELD

**Notes:**

**Case Continued to 2/22/08 AT 9:00AM      for  STATUS**

**Case Continued to:**           for
**Case Continued to:**           for
**Motions to be filed by:**      Opposition Due:
**Case Continued to**                      for Pretrial Conference

**Case Continued to**         for           Trial

**Excludable Delay: Category: Begins:**   2/8/08      **Ends:** 2/22/08