UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  2/22/08

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:** United States

v.                                              No. CR-07-00797-DLJ
                                                (related to CR-07-00794-DLJ)

**Defendant:** Jose de Jesus Guzman-Baez [present; in custody; spanish interpreter]

**Appearances for AUSA:** Deborah Douglas

**Appearances for Defendant:** Shawn Halbert

**Interpreter:** Haydee Claus- spanish interpreter

**Probation Officer:**

**Reason for Hearing:**           **Ruling:**
Status                             -HELD

**Notes:**

**Case Continued to  3/14/08 AT 11:00AM**     for  Def motion to compel discovery (if filed)
Def file motion 2/29/08;  Gov respond 3/7/08

**Case Continued to:  4/4/08 at 11:00AM**      for Def motion for bill of particulars(if filed)
                                               Def motion re: warrant (if filed)
**Def Motions to be filed by:  3/7/08**    Opposition Due: Gov respond 3/21/08; Replies 3/28/08

**Case Continued to**                     for Pretrial Conference

**Case Continued to**         for           Trial

**Excludable Delay: Category: Begins:**  2/22/08      **Ends:** 3/14/08
**Excludable Delay: Category**:  **Begins:**  2/22/08      **Ends:** 4/4/08