# Exhibit D

U.S. v. Jose De Jesus Guzman-Baez
CR 07-00794 DLJ

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 2 |
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER ▓▓▓▓ |
| | REPORT NUMBER: 013 |

DETAILS OF INVESTIGATION:

In July 2006, the SAC/SF received information from the DHS ICE tip-line that Jose De Jesus GUZMAN-Baez is employing approximately 20 illegal aliens at PEPE'S in Oakland, CA. ▓▓▓▓ said his/her hiring process at PEPE'S was paperless and corroborated that GUZMAN pays his workforce in cash.

On March 21, 2007, at approximately 3:00 pm, ICE Special Agents (SA) Michael Barge and David Moss met with ▓▓▓▓ at Starbucks, 8400 Edgewater Drive, Oakland, CA. Investigative Assistant Teresa Alleyne was also present and assisted with Spanish translation.

Agents directed ▓▓▓▓ to engage GUZMAN in a recorded conversation to determine whether he (GUZMAN) would hire an illegal alien to work at PEPE'S.

On March 22, 2007, at approximately 5:00 pm, SA-1236-SF approached GUZMAN outside PEPE'S and asked GUZMAN if he would hire a friend, who just came from Mexico and "doesn't have papers." In Spanish street vernacular "papers" is a commonly used term for immigration documents, which establish evidence of authorized stay in the United States (e.g. permanent resident or green card).

GUZMAN said that he wants to see what happens with the old man, referring to Marcelino Llamas who was recently hospitalized for a heart condition.

Nothing further was discussed that day or the following week.

The investigation continues.

UNDEVELOPED LEADS: Determine where GUZMAN resides with surveillance at PEPE'S and 3933 Midvale Avenue in Oakland.

OFFICIAL USE ONLY                                   46
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

# Exhibit E

**U.S. v. Jose De Jesus Guzman-Baez**
CR 07-00794 DLJ

BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for GUZMAN-BAEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-0794 DLJ, 07-0797 DLJ |
| Plaintiff, | DEFENDANT'S DECLARATION IN SUPPORT OF MOTION TO SUPPRESS EVIDENCE |
| vs. | |
| JOSE DE JESUS GUZMAN-BAEZ, | Date: April 4, 2008 |
| Defendant. | Time: 11:00 a..m. |
| | Court: Honorable D. Lowell Jensen |

I, Jose de Jesus Guzman-Baez, declare as follows[1]:

1.  I am the defendant in the above-referenced cases.

2.  On or about July 27, 2007, I was driving with Maria Gamino-Perez, when we were stopped by Coast Guard Security Police.

3.  I and Ms. Gamino-Perez were separated during most of the time we were detained. At first, we were detained in separate cars, and then later, Ms. Gamino-Perez was pulled away from me by an officer when he wanted to talk to her.

4.  Ms. Gamino-Perez speaks English, but I neither speak nor understand English. Officers

---

[1] Counsel will file separately a copy of this declaration signed by Mr. Guzman-Baez and interpreted by a Spanish-language interpreter.

GUZMAN-BAEZ MOTION TO SUPPRESS
No. CR-07-0794 DLJ, 07-0797 DLJ           1

tried to talk to me but I could not understand them, which I communicated to them. No officer spoke fluent Spanish, though one officer spoke some broken Spanish and communicated with me in this broken Spanish.

5. I did not see or hear anything during this incident about Ms. Gamino-Perez's legal work status in the United States.

6. We were released after our detention.

I declare that the foregoing is true to the best of my knowledge and recollection.

_____
JOSE DE JESUS GUZMAN-BAEZ

# Exhibit F

U.S. v. Jose De Jesus Guzman-Baez
CR 07-00794 DLJ

AO 93 (Rev. 5/85) Search Warrant

**ORIGINAL FILED**

# United States District Court

__NORTHERN__ DISTRICT OF __CALIFORNIA__

NOV 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EMC
WDB

In the Matter of the Search of
(Name, address or brief description of the person or property to be searched)

Pepe's Cabinets
1285 47th Avenue, #A
Oakland, California

**SEARCH WARRANT**

CASE NUMBER: 4-07-70640

OAKLAND VENUE
[FILED UNDER SEAL]

TO: U.S. Immigration and Customs Enforcement (ICE) and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent Michael Barge__ who has reason to
                                              Affiant

believe that ☐ on the person of or ☑ on the premises known as (name, description and/or location) SEALED
See Attachment A for description of premises to be searched

BY COURT ORDER

in the __NORTHERN__ District of __CALIFORNIA__ there is now
concealed a certain person or property, namely (describe the person or property)

See Attachment B for the list of items to be siezed

which constitutes __evidence of crime, contraband, fruits/crime, items possessed, property designed/used/crime__
(state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rule of Criminal Procedure)
of a criminal violation(s) of Title __8__, United States Code, Section(s) __1324(a)(1)(A)(iii), 1324a(a)(1)(A)__
and 1324a(a)(2)

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property
so described is now concealed on the person or premises above-described and establish grounds for the issuance of this
warrant.
YOU ARE HEREBY COMMANDED to search on or before __11/8/07__
                                                     Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and
making the search (in the daytime—6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~, and if the person or property be found there to seize same, leaving a copy of this warrant and
receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly
return this warrant to __Edward M. Chen__ as required by law.
                       U.S. Judge or Magistrate Judge

__10/29/07 @ 1:15 pm__                at __San Francisco, CA__
Date and Time Issued                       City and State

__Edward M. Chen__
Name and Title of Judicial Officer         Signature of Judicial Officer

203

# Exhibit G

U.S. v. Jose De Jesus Guzman-Baez
CR 07-00794 DLJ

U.S. DEPARTMENT OF HOMELAND SECURITY
Bureau of Customs and Border Protection

**3596591**

## CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. | 2. Incident No. |
|---|---|
| 2008AP090000175 | 2008SZ00090600001 |

| 3. Investigative Case No. | 4. Enforce No. |
|---|---|
| SF04PW08SF0048 | |

| 5. Prior Detention? Yes ☐ No ☐ If yes, CBP 6051D No. _____ | 6. Date Seized (mm/dd/yyyy) 11/06/2007 | 7. Time Seized (Use 24 Hrs) | 8. FDIN/Misc. |
|---|---|---|---|

| 9. Seized From Name: Pete's Laurels | 10. Entry No. | 11. Seal or Other ID Nos. |
|---|---|---|
| Address: 1255 4th Ave #H Oakland, CA | 12. Remarks: | |
| Telephone No. ( )   Ext: | | |

13. Send Correspondence to:

### 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 001 | Image of Generic 40GB HDD | 6 | | 1 | EA | $ |
| 002 | Image of Maxtor 80GB HDD | | | 1 | EA | $ |
| 003 | Image of Toshiba 60GB HDD | | | 1 | EA | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer | | | |
|---|---|---|---|
| J Cards Print Name | X | Signature | 11/06/07 Date |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 1-3 | | | | |

CBP Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

CBP Form 6051S (09/06)

U.S. DEPARTMENT OF HOMELAND SECURITY
Bureau of Customs and Border Protection

3596590

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. | 2. Incident No. |
|---|---|
| 2008PF09000RO1 | 2008S20009C800 |

| 3. Investigative Case No. | 4. Enforce No. |
|---|---|
| 07GPK4LCCA | |

| 5. Prior Detention? Yes ☐ No ☒ If yes, CBP 6051D No. ___ | 6. Date Seized (mm/dd/yyyy): 11/06/2007 | 7. Time Seized (Use 24 Hrs) | 8. FDIN/Misc. |

| 9. Seized From: Name: Pili's Jewels | 10. Entry No. | 11. Seal or Other ID Nos. |
| Address: 1255 47th Ave #A Oakland, CA | 12. Remarks: | |
| Telephone No. ( )    Ext: | | |

13. Send Correspondence to:

### 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 1 | ID's | | | 5 | ea | $ |
| 2 | misc documents | | | 2 | Box | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer | | | |
|---|---|---|---|
| T. Cords | X _____ | _____ | 11/6/07 |
| Print Name | | Signature | Date |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| | | | | |

CBP Form 6051S (03/04)

206

U.S. DEPARTMENT OF HOMELAND SECURITY
Bureau of Customs and Border Protection

3596592

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. 2008260900001261 | 2. Incident No. 2068SZ0009680A |
|---|---|
| 3. Investigative Case No. SF01PR01000008 | 4. Enforce No. |
| 5. Prior Detention? Yes ☐ No ☐ If yes, CBP 6051D No. | 6. Date Seized: 11/01/07   7. Time Seized:   8. FDIN/Misc. |
| 9. Seized From: Name: Peter Calvert  Address: 1585 47th Ave. #A, Oakland, CA  Telephone No. ( ) Ext: | 10. Entry No.   11. Seal or Other ID Nos.  12. Remarks: |

13. Send Correspondence to:

### 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number / Type | d. Measurements Qty. / UM | e. Est. Dom. Value |
|---|---|---|---|---|
| 001 | U.S. Currency | | | $45,121 |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |

15. Seizing Officer: J. Cords    Signature: [signed]    Date: 11/01/07

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|

CBP Form 30013 (12/04)

207