1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DEBORAH R. DOUGLAS (NYBN 2099372)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      Facsimile: (510) 637-3724
       E-Mail: deborah.r.douglas@usdoj.gov
8
   Attorneys for Plaintiff
9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                              OAKLAND DIVISION
12

| UNITED STATES OF AMERICA, | ) | Nos. CR07-00797 DLJ; CR07-00794 DLJ |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER FOR CONTINUANCE AND EXCLUSION OF TIME UNDER THE |
| JOSE De JESUS GUZMAN-BAEZ, | ) | SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET SEQ. |
| Defendant. | ) | |

   Plaintiff United States of America, by and through its counsel of record, and defendant Jose De Jesus Guzman-Baez, by and through his counsel of record, hereby stipulate as follows:

   1.  On February 22, 2008, this Court set due dates for defendant's motions and the government's responses. Defendant's motion to compel discovery, if any, was due on February 29, 2008. Defendant's motions to suppress evidence and for a bill of particulars were due on March 7, 2008; the government's responses were due on March 21, 2008, and defendant's replies were due on March 28, 2008. Based upon this schedule, defendant was provided with three weeks to file the latter motions; the government two weeks to respond; and defendant one week to reply. The hearing was set for April 4, 2008, at 11 a.m.

STIPULATION AND ORDER
CR007-00797 DLJ; CR07-00794 DLJ

2. On February 29, 2008, defendant filed a letter requesting permission to file the discovery motion, if any, on the same due date as the other motions. On March 7, 2008, defendant filed motions to suppress evidence and for a bill of particulars. Defendant did not file a motion to compel discovery.

3. The time that government's counsel had set aside to respond to defendant's motions by March 21, 2008 was consumed by pressing work matters, court proceedings in Oakland and San Francisco, and unexpected events, including a belated filing by a defense counsel in another case which required the government's immediate response. Further, government's counsel would like the opportunity to consult with the ICE case agent, who is out of the office until March 24, 2008.

4. The parties respectfully request that the court proceeding, currently scheduled for April 4, 2008 at 11 a.m., be continued to April 11, 2008 at 11 a.m. The parties further request that the due dates for the government's responses and the defendant's replies be amended as follows:

March 28, 2008: Government's responses
April 4, 2008: Defendant's replies
April 11, 2008 at 11 a.m.: Hearing Date

5. For the foregoing reasons, the parties stipulate and agree that the ends of justice served by the continuance requested outweigh the best interests of the public and the defendant in a speedy trial because the failure to grant such a continuance would unreasonably deny the parties adequate time to prepare, taking into account the exercise of due diligence. The parties therefore stipulate and agree that the time from April 4, 2008 through April 11, 2008 should be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(F), (8)(A) and (B)(iv).

Dated: 3/21/08

DEBORAH R. DOUGLAS
Assistant United States Attorney

Dated: 3/21/08

SHAWN HALBERT,
Assistant Federal Public Defender
Attorney for Defendant

STIPULATION AND ORDER
CR007-00797 DLJ; CR07-00794 DLJ        2

## ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that the ends of justice served by granting of the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, and that the failure to grant the requested continuance would deny the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. §§ 3161(h)(1)(F), (8)(A), and (B)(iv).

Based on these findings, IT IS HEREBY ORDERED THAT this matter, currently scheduled for April 4, 2008, shall be continued to April 11, 2008, at 11 a.m, and that the time from April 4, 2008 through April 11, 2008 be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(F), (8)(A) and (B)(iv). The government's responses to defendant's motions to suppress evidence and for a bill of particulars are due on March 28, 2008 and defendant's replies are due on April 4, 2008.

IT IS SO ORDERED.

Dated:_____

HONORABLE D. LOWELL JENSEN
United States District Court Judge