JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DEBORAH R. DOUGLAS (NYBN 2099372)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
Facsimile: (510) 637-3724
E-Mail: deborah.r.douglas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE De JESUS GUZMAN-BAEZ,<br><br>Defendant. | Nos. CR07-00797 DLJ; CR07-00794 DLJ<br><br>GOVERNMENT'S AMENDED EXHIBIT B TO ITS OMNIBUS OPPOSITION TO DEFENDANT'S MOTIONS TO (1) SUPPRESS EVIDENCE OR, ALTERNATIVELY, FOR A FRANKS HEARING, AND (2) FOR A BILL OF PARTICULARS |

On March 28, 2008, the United States timely filed its omnibus opposition to defendant's (1) motion to suppress evidence or, in the alternative, for a *Franks* hearing; and (2) motion for a bill of particulars. ICE Special Agent Michael Barge's declaration (Exhibit B to government's opposition) states that defendant's post-*Miranda* "Record of Sworn Statement" is attached to his declaration as part of Exhibit B. However, defendant's statement inadvertently was not included with Exhibit B. The government originally served defendant with his "Record of Sworn Statement" on November 26, 2007.

CR007-00797 DLJ; CR07-00794 DLJ

1  The United States respectfully submits the complete Exhibit B, which is as attached hereto.

2

3                                                  Respectfully submitted,

4                                                  JOSEPH P. RUSSONIELLO
                                                   United States Attorney
5

6  3/31/08
   Dated                                           DEBORAH R. DOUGLAS
7                                                  Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CR007-00797 DLJ; CR07-00794 DLJ        2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

Declaration by ICE Special Agent Michael Barge
with defendant's "Record of Sworn Statement" and *Miranda* Waiver

CR007-00797 DLJ; CR07-00794 DLJ

UNITED STATES DISTRICT COURT            )
                                        )
NORTHERN DISTRICT OF CALIFORNIA)

                                  Re:    U.S. v. Jose De Jesus Guzman-Baez
                                              CR 07-0794 DLJ; CR 07-0797 DLJ

## DECLARATION

I, MICHAEL BARGE, declare as follows:

1.    I am a Special Agent with United States Immigration and Customs Enforcement ("ICE"), Department of Homeland Security, and have been so employed for over three years. As the case agent, I am thoroughly familiar with the facts in the above-captioned matters. I submit this declaration for the sole purpose of refuting untrue statements made in defendant's unsigned declaration in support of his motion.

2.    I have reviewed defendant's motion to suppress evidence based upon the search warrant executed on November 6, 2007. In his motion, defendant argues that the affidavit in support of the search warrant does not support that he had knowledge that Maria Guadalupe Gamino-Perez, his employee at Pepe's Cabinets, is an illegal alien. In his declaration, defendant states that, on or about July 27, 2007, the Coast Guard Security Police stopped a vehicle that he was driving. According to defendant, he and his passenger Ms. Gamino-Perez were separated for most of the time they were detained. Defendant claims that they were first detained in separate cars, and then later, Ms. Gamino-Perez was pulled away from him by an officer who wanted to speak to her. Defendant states that Ms. Gamino-Perez speaks English, but claimed that he neither speaks nor understands English. Defendant stated that the officers attempted to speak to him, but he communicated that he could not understand them. Defendant further states that no officer spoke fluent Spanish, although one officer spoke some broken Spanish and communicated with him in broken Spanish. Defendant claims that he did not see or hear anything during this incident about Ms. Gamino-Perez's work status in the United States.

3.    I know that defendant's statements in his declaration are untrue based upon my interview with defendant on November 6, 2007 and my follow-up interview with Coast Guard Security Police Officer Bill Bermudez on March 27, 2008.

    A. <u>ICE Interview with Defendant</u>

(1) On November 6, 2007, ICE Special Agent Dwayne Cook and I interviewed and obtained a sworn statement from defendant, who was read his <u>Miranda</u> rights and agreed to speak with agents without counsel present. The entire interview, including the reading of <u>Miranda</u> rights, was conducted in the Spanish language. Special Agent Cook, who was born in Mexico and is fluent in the Spanish language, was the interpreter.

(2) During the interview, defendant admitted that he "suspects" that all of his employees at Pepe's Cabinets are illegal aliens. Defendant specifically named five of his employees, including Maria Guadalupe Gamino-Perez, whom he knew for certain are illegal aliens based on conversations he has had or has overhead.

(3) Defendant discussed being stopped with his secretary Maria Guadalupe Gamino-Perez at the Coast Guard Island military base in Alameda, California. Defendant stated that they were attempting to enter Coast Guard Island to provide a work estimate. Defendant stated that he learned that Ms. Gamino-Perez is an illegal alien when she provided the officers with her Matricula (Mexico Consular ID) card and admitted to the officers that she does not have legal documents to be in the United States.

(4) The full interview with defendant is documented in the four-page "Record of Sworn Statement," which is attached to this declaration. Defendant signed the first and last pages and initialed every page of the "Record of Sworn Statement" after Special Agent Cook translated and read each page to defendant in the Spanish language and verified with defendant that the contents of each page are accurate. The first and last pages also contain defendant's right thumb print and right index print. The first page of the "Record of Sworn Statement" states that the interview was conducted in the Spanish language and that "D. Cook" was the interpreter. On the first page, when asked "Do you swear that all of the statements you are about to make will be the truth, the whole truth, and nothing but the truth, so help you God?", defendant responded "yes." On the last page, defendant signed the following statement: "I have read the foregoing (or it has been translated and read to me in the Spanish language) and solemnly swear it is the true and correct record of the statement made by me on this day and that all the statements are true and correct."

### B. ICE Interview with Coast Guard Police Officer

On March 27, 2008, I conducted a follow-up interview with Coast Guard Security Police Officer Bill Bermudez at Coast Guard Island in Alameda, California. Officer Bermudez told me the following:

(1) On July 27, 2007, Officer Bermudez encountered defendant and a female front passenger [hereafter referred to as Maria Guadalupe Gamino-Perez] at the main security gate to Coast Guard Island. Defendant was driving a vehicle with expired registration tags and a suspended California driver's license.

(2) For security reasons, every person attempting to enter the military base at Coast Guard Island is required to provide a government-issued photo identification. In defendant's presence, Officer Bermudez asked the female passenger for her identification. When Ms. Gamino-Perez gave him a puzzled look, Officer Bermudez asked defendant if Ms. Gamino-Perez had identification. Defendant said something to Ms. Gamino-Perez in Spanish and Ms. Gamino-Perez then handed Officer Bermudez her Mexican Matricula card.

(3) Officer Bermudez asked defendant if Ms. Gamino-Perez had any other identification. Defendant again spoke to Ms. Gamino-Perez in Spanish and he then responded "no." Officer Bermudez asked defendant "then you know she's an illegal alien." Defendant acknowledged yes by shaking his head up and down.

5.     Based upon my conversations with defendant in English during the course of the investigation about certain matters, including his business and how he dealt with customers, I believe that defendant can understand and communicate in basic English. For example, as set forth in the search warrant affidavit, on November 15, 2006, I and another ICE agent entered Pepe's Cabinets in an undercover capacity as potential customers. I received a Pepe's business card bearing the name Jose Guzman. When I asked the owner, "who is Jose Guzman?," Guzman responded, "That's me," and then explained that his nickname is "Pepe"(Search Warrant Affidavit ¶ 10).

6.     I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

3/26/08
Dated

MICHAEL BARGE
Special Agent
U.S. Immigration and Customs Enforcement

3



**U.S. Immigration and Customs Enforcement**

# RECORD OF SWORN STATEMENT

Office: **SAC SAN FRANCISCO**  File No: A **94 812 537**

Statement by: **Jose De Jesus GUZMAN-Baez**

In the case of: **Pepe's Cabinets**

At: **630 Sansome St, San Francisco, CA**  Date: **11/6/2007**

Before: **ICE SPECIAL AGENTS MICHAEL BARGE AND DWAYNE COOK**

In the **SPANISH** Language.  Interpreter **D. Cook** Used.

I am an Officer of the United States Immigration and Customs Enforcement, authorized by law to administer oaths and take testimony in connection with the enforcement of the Immigration and Nationality laws of the United States. I want to take your sworn statement regarding your business Pepe's Cabinets.

Q. Your statement must be given freely and voluntarily, without threat or intimidation and without promise of reward or immunity. Are you willing to answer my questions at this time?

A. YES

Q. Do you swear that all the statements you are about to make will be the truth, the whole truth, and nothing but the truth, so help you God?

A. YES.

_Jose de Jesus Guzman Baez_  
Signature

_Jose de Jesus Guzman Baez_  
Printed Name

_[signature]_  
Signature of Agent

**MICHAEL BARGE**  
Printed Name of Agent

_[signature]_  
Signature of Witness

**Dwayne S. Cook**  
Printed Name of Witness

Right Thumb Print    Ri    83

Initials **JJGB**

Page 1 of 4



U.S. Immigration
and Customs
Enforcement

# RECORD OF SWORN STATEMENT

On November 6, 2007, at approximately 9:35 am, ICE Special Agent Dwayne Cook and I (Michael Barge) interviewed Jose De Jesus GUZMAN-Baez (DOB 6/9/1972) at the SAC San Francisco Office located at 630 Sansome Street 8th Floor, San Francisco, CA. GUZMAN was arrested earlier that morning pursuant to a federal arrest warrant for knowingly hiring and harboring illegal aliens.

At approximately 9:45 am, GUZMAN was read and waived his Miranda rights by completing an ICE Miranda form. During the interview, GUZMAN said the following:

GUZMAN is a 35-year-old Mexican citizen who last entered the United States by illegally crossing the US-Mexico border at or near Sonora Arizona, 15 days ago (mid-October 2007), without being inspected by an Immigration officer. GUZMAN does not have valid documents to be in the United States.

In July 2007, GUZMAN and his secretary Maria Guadalupe Gamino-Perez were stopped attempting to enter Coast Guard Island in Alameda, CA to provide a work estimate. GUZMAN found out that Ms. Gamino is an illegal alien when she gave her Matricula (Mexico Consulate) card for identification and admitted to officers she does not have legal documents to be in the United States. GUZMAN has continued to employ Ms. Gamino at Pepe's Cabinets to this date.

GUZMAN is the owner of Pepe's Cabinets (PEPE'S) located at 1285 47th Avenue #A, Oakland, CA 94601. GUZMAN said he has three employees: Leopoldo "Polo" Perez-Cruz (Manager), Maria Guadalupe Gamino-Perez (Secretary), and Michael Velasco-Pantoja (Painter). GUZMAN said also has five sub-contractors: Froylan Flores, Marcelino Llamas, Jaime Sandoval, Marvin Terezon, and Carlos Villasenor. GUZMAN pays his employees by check and the sub-contractors in cash. Mr. Perez, Ms. Gamino, and Mr. Velasco are pay $8.00, $7.50, and $8.00 per hour respectively. The sub-contractors are each paid more than $10.00 per hour.

84

Initials JJGB

When GUZMAN was shown a copy of an employment eligibility verification (I-9) form, he said he has never seen the form before. GUZMAN has never provided an I-9 to anyone employed or working at PEPE'S. GUZMAN said he gives W-2 tax forms to the three employees on payroll and a W-9 tax form to his five sub-contractors.

GUZMAN admitted that he "suspects" everyone who works at PEPE'S is an illegal alien. GUZMAN said he knows for certain that the following people are illegal aliens: Mr. Perez, Mr. Sandoval, Mr. Llamas, Ms. Gamino, and Mr. Velasco. GUZMAN added he knows this based on conversations he has had and overheard. GUZMAN said he knows that Mr. Perez is an illegal alien because he overheard one of his employees say Mr. Perez is "mojado" (Spanish slang for illegally present in the United States).

Five months ago, Mr. Perez moved-in and began renting a room at GUZMAN'S house at 3933 Midvale Avenue, Oakland, CA. Mr. Perez pays $350 per month in cash to GUZMAN for rent and stills pays to this day even though he stays there off-and-on. GUZMAN said when Mr. Perez stays with him he (GUZMAN) would sometimes provide transportation to and from PEPE'S.

At approximately 12:00 pm, the interview ended.

85

Initials JJ G B

STOP! Wait for further instructions.

I have read the foregoing (or it has been translated and read to me in the Spanish language) and solemnly swear it is the true and correct record of the statement made by me on this day and that all the statements are true and correct

Jose de Jesus Guzman Diaz        11-6-07 1344
Signature                               Date & time

[signature] MICHAEL BARGE
Signature/Printed name of Agent

[signature] Dwayne S. Cook
Signature/Printed Name of Witness



Right Thumb Print    Right Index Print

86

Initials  JJGD

Page 4 of 4

# U.S. Immigration and Customs Enforcement

## STATEMENT OF RIGHTS

Before we ask you any questions, it is my duty to advise you of your rights.

You have the right to remain silent.

Anything you say can be used against you in court, or other proceedings.

You have the right to consult an attorney before making any statement or answering any questions.

You have the right to have an attorney present with you during questioning.

If you cannot afford an attorney, one will be appointed for you before any questioning, if you wish.

If you decide to answer questions now, you still have the right to stop the questioning at any time, or to stop the questioning for the purpose of consulting an attorney.

## WAIVER

I have had the above statement of my rights read and explained to me and I fully understand these rights. I waive them freely and voluntarily, without threat or intimidation and without any promise of reward or immunity. I was taken into custody at 0945 (time), on 11/6/2007 (date), and have signed this document at 1100 (time), on 11/6/07 (date).

Jose de Jesus Guzman Baez
Print Name

Jose de Jesus Guzman Baez
Signature

WITNESS: MICHAEL BARGE          DATE: 11/6/2007

WITNESS: Duranide Cook           DATE: 11-6-07

202