BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for GUZMAN-BAEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-0794 DLJ, **07-0797 DLJ** |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | **ORDER** TO CONTINUE HEARING |
| vs. ) | FROM APRIL 11, 2008 TO APRIL 17, |
| ) | 2008 AND FOR EXCLUSION OF TIME |
| JOSE DE JESUS GUZMAN-BAEZ, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THE PARTIES HEREBY STIPULATE:**

On February 22, 2008 this Court set due dates for defendant's motions and the government's responses, for hearing on April 4, 2008. On March 7, 2008, defendant filed motions to suppress evidence and for a bill of particulars. On March 21, 2008 government and defense counsel stipulated to continue the motions schedule and motions hearing by one week, for hearing on April 11, 2008. On March 28, 2008 government filed its opposition to defendant's motion for bill of particulars and motion to suppress evidence.

Defendant's reply to government's opposition was due on April 4, 2008, however defense counsel was unable to file its reply due to illness, and the parties agreed to continue the briefing schedule by one week and to continue the hearing date by six days from April 11, 2008

STIPULATION & [PROPOSED] ORDER
Nos. CR-07-0794 DLJ, 07-0797 DLJ            1

1  to April 17, 2008.

2      The parties therefore stipulate and agree that Mr. Guzman-Baez's reply should be filed
3  on April 11, 2008, and the motions hearing should be continued to the specially set date of April
4  17, 2008 at 10:00 a.m., before The Hon. D. Lowell Jensen, Courtroom No. 1, Oakland,
5  California.

6      The parties further stipulate and agree that the time between April 11, 2008 and April 17,
7  2008 should be excluded from calculations under the Speedy Trial Act, 18 U.S.C.
8  §3161(h)(8)(A) and (B)(iv). The additional time is necessary for continuity of counsel, and
9  counsel will also use the time reasonably for effective preparation, taking into account the
10 exercise of due diligence.

11     For these reasons, the parties request that the Court order that this period of time should
12 be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv), because the
13 continuance is necessary to provide defendant with continuity of counsel and with the reasonable
14 time necessary for effective preparation, taking into account the exercise of due diligence.
15 SO STIPULATED.

16 Dated:   April 14, 2008      /S/
17                              _____
                                SHAWN HALBERT
                                Assistant Federal Public Defender
18

19 Dated:   April 14, 2008      /S/
20                              _____
                                DEBORAH DOUGLAS
                                Assistant United States Attorney
21

22
                       SIGNATURE ATTESTATION
23
       I hereby attest that I have on file all holograph signatures for any signatures indicated by
24
   a "conformed" signature (/S/) within this e-filed document.
25

26

STIPULATION & [PROPOSED] ORDER
Nos. CR-07-0794 DLJ, 07-0797 DLJ                2

## ORDER

Good cause appearing therefore, and pursuant to the stipulation of the parties, it is the ORDER of this Court that the above-captioned matter be continued from April 11, 2008 to the specially set date of April 17, 2008 at 10:00 a.m. for hearing on defendant's motions.

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial, and that the failure to continue the matter would deny defendant Guzman-Baez continuity of counsel and the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. §3161(h)(8)(A) & (B)(iv).

Based on these findings, IT IS HEREBY ORDERED THAT the time from April 11, 2008 to April 17, 2008 shall be excluded for purposes of the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

Dated:    April 15, 2008

_____
D. LOWELL JENSEN
United States District Judge

Nos. CR-07-0794 DLJ, 07-0797 DLJ          3