JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DEBORAH R. DOUGLAS (NYBN 2099372)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail: deborah.r.douglas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Nos. CR07-00797 DLJ; CR07-00794 DLJ |
| Plaintiff, ) | GOVERNMENT'S MOTION REQUESTING PERMISSION TO FILE A SURREPLY IN OPPOSITION TO NEW ARGUMENTS MADE BY DEFENDANT IN HIS REPLY SEEKING TO (1) SUPPRESS EVIDENCE OR, ALTERNATIVELY, FOR A FRANKS HEARING, AND (2) FOR A BILL OF PARTICULARS; **ORDER** |
| v. ) | |
| JOSE De JESUS GUZMAN-BAEZ, ) | |
| Defendant. ) | |

The United States of America, by the undersigned Assistant United States Attorney, respectfully request permission to file a surreply in response to new allegations and arguments made by the defendant in his reply. For this Court's review, the government's omnibus surreply has been filed simultaneously with this motion.

    1. On March 7, 2008, defendant filed a motion to suppress evidence based upon his sole argument that the search warrant affidavit does not support probable cause that defendant knew that his employees were illegal aliens or, alternatively, for a *Franks* hearing. In a separate motion, defendant sought to compel the government to prepare a bill of particulars to explain its theory of harboring with respect to each of the eight harboring charges.

CR007-00797 DLJ; CR07-00794 DLJ

1    2.   On March 28, 2008, the government filed an omnibus opposition to all of defendant's motions.

3.   A couple of days ago, on Friday, April 11, 2008, defendant filed a reply that makes new allegations and arguments to which the government seeks the opportunity to respond.  The United States respectfully submits that this Court's decision should be informed and based upon accurate information.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

<u>4/15/08</u>                                                          _____/s/_____
Dated                                                               DEBORAH R. DOUGLAS
                                                                    Assistant United States Attorney

**IT IS SO ORDERED.**

<u>    April 16, 2008</u>                                          _____
Dated                                                               D. LOWELL JENSEN
                                                                    United States District Judge

CR007-00797 DLJ; CR07-00794 DLJ            2