

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*Ronald V. Dellums Federal Building*  (510) 637-3680
*1301 Clay Street, Suite 340S*
*Oakland, California 94612*  FAX:(510) 637-3724

April 17, 2008

Honorable D. Lowell Jensen
United States District Judge
1301 Clay Street
Oakland, CA 94612

                  Re:    United States v. Jose De Jesus Guzman-Baez
                          CR07-00797 DLJ; CR07-00794 DLJ

Dear Judge Jensen:

        On April 16, 2008, the government filed a letter in response to defendant's notice (filed on April 16, 2008) that he intends to argue at the court proceeding on April 17, 2008 that he should be released on bail. In its letter, the government stated that the applicable guideline range for the charged offenses is 12 to 18 months. However, that guideline range included a three-level reduction for acceptance of responsibility. Since this matter is proceeding to trial, the three-level reduction would not apply. If defendant is convicted after trial, the applicable guideline range would be 21 to 27 months in prison (offense level 16; Criminal History Category I).

                                      Respectfully submitted,

                                      JOSEPH P. RUSSONIELLO
                                      United States Attorney

                                      DEBORAH R. DOUGLAS
                                      Assistant United States Attorney