

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

*Ronald V. Dellums Federal Building*    (510) 637-3680
*1301 Clay Street, Suite 340S*
*Oakland, California 94612*    FAX:(510) 637-3724

April 25, 2008

Honorable D. Lowell Jensen
United States District Judge
1301 Clay Street
Oakland, CA 94612

                Re:    United States v. Jose De Jesus Guzman-Baez
                        CR07-00797 DLJ; CR07-00794 DLJ

Dear Judge Jensen:

      At the hearing on April 17, 2008, the defense counsel handed this Court and the government an outline of her oral argument pertaining to the *Franks* issue. As an officer of this court, the purpose of this letter is to advise this Court that the defense counsel made an explicit representation, both in her outline and orally, regarding the contents of a recorded conversation that is not an accurate portrayal of the entire conversation. The defense counsel made the following representation: "As captured on an audio recording, Guzman-Baez *actually* said "that he wants to see what happens with the old man" (emphasis added) (Defense Outline, p. 2). Under circumstances in which the defense counsel has falsely accused the affiant of the search warrant affidavit of misrepresenting the contents of the conversation, as conveyed by the informant, it was especially important that the defense counsel accurately represent the complete facts. She did not.

      In direct response to the defense counsel's representation for the first time at oral argument that she had independent knowledge regarding the contents of the audiotape, the entire recorded conversation between defendant and the cooperating informant (defendant's employee at Pepe's Cabinets) has been translated from Spanish to English and is documented in the attached declaration. Further, in defendant's motion, relevant portions of the ICE investigatory report were omitted, as the government pointed out in its opposition (p. 6). Moreover, in preparing the affidavit, the affiant obviously was not limited to investigatory reports. As set forth in paragraph 6 of the search warrant affidavit, the affiant also had conversations with the cooperating informant.

                                        Respectfully submitted,

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney

                                        DEBORAH R. DOUGLAS
                                        Assistant United States Attorney

Re: U.S. v. Jose de Jesus Guzman-Baez, CR07-0794 DLJ; CR07-0797 DLJ

Transcription of audiotaped recorded conversation between ICE cooperating informant ("CI") and Jose de Jesus Guzman-Baez on March 22, 2007. Based upon the ICE criminal investigation, Jose de Jesus Guzman Baez is known as "Pepe," owner and operator of Pepe's Cabinets. From approximately April 2006 to November 6, 2007, the ICE CI was an employee at Pepe's Cabinets.

| | | | |
|---|---|---|---|
| CI: | Hay un camarada que quire jalar | CI: | There is a comrade that wants to pull. (work) |
| Pepe: | Si (No se puede oir) | Pepe: | Yes… (Unintelligible) |
| CI: | No tiene papeles e | CI: | Doesn't have papers and |
| Pepe: | En donde Que hace bueno | Pepe: | Where? What is he good for? |
| CI: | Se dedica a lijar muebles. | CI: | Dedicates to sand furniture |
| Pepe: | No es Union. No sabes si tiene Union. | Pepe: | Is not Union. Do you know if he has Union? |
| CI: | No. | CI: | No. |
| Pepe: | Dejame ver que manana que va a pasar con el viejo. Entonces yo te veo e | Pepe: | Let me see what's tomorrow, what happens to the old man. Then I'll see you. |
| CI: | Bueno. | CI: | Well. |

The above conversation was transcribed from Spanish into English by ICE Investigative Assistant Teresa Alleyne. IA Alleyne is a native speaker of Spanish and declares under penalty of perjury that the transcript is a true and accurate record of the audiotaped conversation.

*Teresa Alleyne*                                          Date  4/22/2008
TERESA ALLEYNE
Investigative Assistant
Immigration and Customs Enforcement