1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500

Counsel for GUZMAN-BAEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-07-0794 DLJ, 07-0797 DLJ |
|---|---|---|
| Plaintiff, | ) | DEFENDANT'S SUBMISSION OF AMENDED EXHIBIT I TO MOTION TO SUPPRESS EVIDENCE |
| vs. | ) | |
| JOSE DE JESUS GUZMAN-BAEZ, | ) | Under Submission |
| Defendant. | ) | Court: Honorable D. Lowell Jensen |

This purpose of this filing is to submit an Amended Exhibit I to defendant's Motion to Suppress Evidence, which simply conforms the electronic docket sheet with the evidence already presented to this Court.

Defendant Jose de Jesus Guzman-Baez previously moved this Court for an order suppressing the evidence seized from his business and all other fruits of the search, or, alternatively, granting a *Franks* hearing. The Court has not yet issued an order.

At the motion hearing on April 17, 2008, the defense gave the Court and the government a hard copy of the amended Exhibit I, as the electronically filed copy inadvertently contained only one page of a two-page report. Undersigned counsel referred to the full report, including the second page, in her argument to the Court. It recently came to counsel's attention that she

AMENDED EXHIBIT I
No. CR-07-0794 DLJ, 07-0797 DLJ                    1

1 had not yet electronically filed the amended version of Exhibit I, and thus does so here with this
2 filing.

4 Dated: May 2, 2008

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

/S/

SHAWN HALBERT
Assistant Federal Public Defender

AMENDED EXHIBIT I
No. CR-07-0794 DLJ, 07-0797 DLJ                 2