U.S. v. Jose De Jesus Guzman-Baez
CR-07-0794 DLJ, CR-07-0797-DLJ

**AMENDED**

# EXHIBIT I

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 2 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER ▮▮▮▮▮ |
| | REPORT NUMBER: 008 |

DETAILS OF INVESTIGATION:

In July 2006, the SAC/SF received information from the DHS ICE tip-line that Jose De Jesus GUZMAN-Beaz is employing approximately 20 illegal aliens at PEPE'S in Oakland, CA. Agents interviewed a PEPE'S employee named ▮▮▮▮▮▮▮▮▮▮▮ who said his hiring process at PEPE'S was paperless and corroborated that GUZMAN pays his undocumented workforce in cash.

On December 7, 2006, at approximately 2:50 pm, ICE Special Agent Michael Barge called the California Employment Development Department (EDD) and spoke with Dora Sandoval. Sandoval faxed a list of employees that PEPE'S paid during the third quarter (July to September) of 2006: Ana E. Buenrostro, Victor H. Castro, Leopoldo P. Cruz, Fernando J. Gomez, Yeni Lopez, and Francisco Velasco.

At approximately 5:25 pm, ICE Special Agents Michael Barge and Michael Ertz met with ▮▮▮▮▮▮ at Starbucks, 8400 Edgewater Drive, Oakland, CA. The interview was conducted in Spanish and translated by Investigative Assistant Teresa Alleyne.

▮▮▮▮▮▮ said PEPE'S has employed at least eight workers whose wages were not reported with EDD. ▮▮▮▮▮▮ provided a list of current PEPE'S employees and their vehicles:

| NAME | VEHICLE | CA PLATE NUMBER |
|---|---|---|
| Jose De Jesus GUZMAN-Beaz | Blue Chevy Tahoe Z71 | 4LDP317 |
| Leopoldo "Polo" Perez | White Chevy Truck | 5Z03772 |
| Maria Pinedo | Grey SUV | 4PHZ875 |
| Francisco "Picasso" Velasco | Grey Scion 600 | Dealer Plates |

▮▮▮▮▮▮ said the remaining five employees walk to work: Guadalupe Last Name Unknown (LNU), Froylan LNU, Marcelino Llamas, Jaime Sandoval, and Marvin Terezon.

▮▮▮▮▮▮ presented a valid B1/B2 border-crossing card (Form DSP-150), also called a "laser visa," bearing his name, photo, and fingerprint. The border-crossing card is issued to Mexican citizens allowing them to cross into the United States for up to 72 hours, staying within 25 miles of the border (75 miles near Tucson); and has a no work policy.

The card is an exception to an I-94 (Arrival/Departure Record), which is required if a Mexican citizen will remain in the United States more than 72 hours and/or travel farther than 25 miles inland from the southern border

OFFICIAL USE ONLY                    34
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 3 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER ███████ |
| | REPORT NUMBER: 008 |

Although it is unclear whether ███████ was issued an I-94 when he last entered the United States, he violated his immigration status by working at ███████ beginning in ███████ (ROI #007 erroneously reported that ███████ illegally entered the U.S.).

At approximately 5:45 pm, the interview ended.

The investigation continues.

UNDEVELOPED LEADS: Follow-up on subpoena to the City of Oakland's Business Tax Office for information on PEPE'S.

OFFICIAL USE ONLY                                                35
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.