BARRY J. PORTMAN
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
19th Floor Federal Building-Box 36106
450 Golden Gate Ave.
San Francisco, CA 94102
Telephone:  (415) 436-7700

Counsel for Defendant GUZMAN-BAEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-0794 DLJ |
| | ) | No. CR-07-0797 DLJ |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | NOTICE OF SUBSTITUTION OF |
| JOSE DE JESUS GUZMAN-BAEZ, | ) | ATTORNEY |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Federal Public Defender was previously appointed as counsel for defendant in the above captioned case pending before the Court.  Pursuant to Criminal Local Rule 44-2 (a), undersigned counsel, Assistant Federal Public Defender Ned Smock, enters his general appearance for defendant in place of Assistant Federal Public Defender Shawn Halbert.  Counsel's contact information is listed above.

Dated: May 14, 2008

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

/S/

NED SMOCK
Assistant Federal Public Defender

Notice of Substitution of Attorney                1