UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE D. LOWELL JENSEN
Date:  5/23/08

**Clerk:** Frances Stone
**Court Reporter:** DIANE SKILLMAN

**Plaintiff:** United States

**v.**   No. CR-07-00794-DLJ
         CR-07-00797-DLJ

**Defendant:** Jose de Jesus Guzman-Baez[present; not in custody; spanish interpreter]

**Appearances for AUSA:** Deborah Douglas

**Appearances for Defendant:** Ned Smock

**Interpreter:**  <u>Haydee Claus- spanish interpreter</u>

**Probation Officer:**

**Reason for Hearing:**          **Ruling:**
STATUS                            -HELD

**Notes:**

**Case Continued to**   6/20/08 AT 9:00AM   for   Motion Setting/or Change of Plea

**Case Continued to:**       for
**Case Continued to:**       for
**Motions to be filed by:**      **Opposition Due:**
**Case Continued to**              for Pretrial Conference

**Case Continued to**      for         Trial

**Excludable Delay: Category: Begins:**    5/23/08    **Ends:** 6/20/08