**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
Date: July 25, 2008

**Clerk:** Frances Stone
**Court Reporter:** MARGO GURULE

**Plaintiff:** United States

                                      CR-07-00794-DLJ
**v.**                                **No.** CR-07-00797-DLJ

**Defendant:** Jose de Jesus Guzman-Baez [present; not in custody; spanish interpreter]

**Appearances for AUSA:** Deborah Douglas

**Appearances for Defendant:** Ned Smock

**Interpreter:** <u>Carole Glasser; Spanish Interpreter</u>

**Probation Officer:**

**Reason for Hearing:**        **Ruling:**
STATUS                          -HELD

**Notes:**

**Case Continued to** 9/5/08 AT 9:00AM for STATUS OR CHANGE OF PLEA

**Case Continued to:**      for
**Case Continued to:**      for
**Motions to be filed by:**    Opposition Due:

**Case Continued to**             for Pretrial Conference

**Case Continued to**     for      Trial

**Excludable Delay: Category: Begins:** 7/25/08    **Ends:** 9/5/08

Case 4:07-cr-00797-DLJ    Document 49    Filed 07/25/2008    Page 2 of 2