UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE D. LOWELL JENSEN
Date:   September 5, 2008

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:**  United States

**v.**                                                  **No.** CR-07-00794-DLJ
                                                        CR-07-00797-DLJ Related Cases

**Defendant:** Jose de Jesus Guzman-Baez [present; not in custody; spanish interpreter]

**Appearances for AUSA:** Deborah Douglas

**Appearances for Defendant:** Ned Smock

**Interpreter:** <u>Haydee Claus-Spanish Interpreter</u>

**Probation Officer:**

**Reason for Hearing:**              **Ruling:**
STATUS                                -HELD
**Change of Plea- Not Held**

**Notes:**

**Case Continued to**   9/19/08 at 9:00AM     for  Stat/Motion Setting

**Case Continued to:**          for
**Case Continued to:**          for
**Motions to be filed by:**     Opposition Due:

**Case Continued to**                       for Pretrial Conference

**Case Continued to**         for             Trial

**Excludable Delay: Category: Begins: 9/5/08        Ends:9/19/08**